# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,         ) | |
|                                   ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff,      ) | |
|                                   ) | |
| vs.                               ) | |
|                                   ) | Case No. 1:25-cr-229 |
| Mylin George Wicker,              ) | |
|                                   ) | |
| Defendant.     ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on February 3, 2026, at 1:30 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court